FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 FEB 10 PM 4:15

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-386
(To be supplied by the court)

Hadi M Fendry , Plaintiff,

v.

Ructi, Inc. ,
John F Johnson ,
Farmers Insurance ,
_____ ,
_____ ,
_____ ,
_____ ,
_____ , Defendant(s).

(List each named defendant on a separate line.)

## COMPLAINT

Parties cont.

Farmers Insurance
P.O. Box 268994
Oklahoma City, OK
73126-8994

(Rev. 07/06)

## PARTIES

1. Plaintiff _Heidi Fenday_ is a citizen of _Denver, Co._
   who presently resides at the following address:
   _1650 Wewatta St. #522 Denver, Co 80202_

2. Defendant _Ducti, Inc_ is a citizen of _____
   who live(s) at or is/are located at the following address:
   _2045 S. Valencia St. #9 Denver, Co 80231_

3. Defendant _John Johnson_ is a citizen of _____
   who live(s) at or is/are located at the following address:
   _3333 E Florida Ave. #20 Denver, Co 80210_
   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   _personal auto injury_

5. Briefly state the background of your case:

   I was involved in an accident that the Defendant hit me going 50 mph, totalled my car, and I am requesting all my past, future medical bills and pain and suffering be awarded.

(Rev. 07/06)                                    2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

I was sitting at a light, the def. (approx 50mph) hit me and pushed me into the car ahead of me.

I have had to pay for or stop some of my medical needs as Farmers wasn't reimbursing them. When I spoke to either my adjuster (USAA) or Farmers I just was told to resubmit. Very hard to find the time to go to the Drs, pay for it, continue follow up w/ insurance companies all while not feeling well. My car was totalled, my car payments went on for the same exact car. I am still on medication, have headaches continuously, and deserve my past & future bills paid for since it wasn't my fault.

(Rev. 07/06)

3

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Past and future medical bills paid for and pain and suffering, lost work, difference in car payments, all meds, even needed for problems associated & vitamins. w/ the accident, Any other costs related to accident and health after.

Date: 2-10-17

_____
(Plaintiff's Original Signature)

1650 Wewatta St #522
(Street Address)

Denver, Co. 80202
(City, State, ZIP)

720.296.7468
(Telephone Number)

(Rev. 07/06)                    6



For Customer Support refer to the appropriate platform below:

**OrderPoint**
800-934-9698
Orderpoint.support@lexisnexis.com

**Accurint for Insurance**
866-277-8407
Accurint.support@lexisnexis.com

**Lexis.com**
Law Firm accounts
800-543-6862

REPORT ATTACHED

PAGE COUNT: 5

CLIENT : USAA
DIVISION : SW11
ADJUSTER : JACQUELINE BANC
CLAIM : 1105 34 64 017

TRANSACTION # : 467364231
DATE : 02/22/2014

DATE OF LOSS : 02/12/2014     TIME OF LOSS : 0000
STREET :
CITY : DENVER
COUNTY : DENVER
STATE : CO

INVESTIGATING AGENCY : DENVER PD
REPORT NUMBER : 14-74253
REPORT TYPE : Auto Accident
PARTY 1 : HEIDI M FENDRY
PARTY 2 : KAMALIDDIN NURIYEZ
PARTY 3 : JOHN F JOHNSON

CAR :     MAKE :     YEAR :
          TAG : UNKNOWN

DRIVER LICENSE : 920699360
ADDITIONAL INFO :

NOTE :

THANK YOU FOR YOUR ORDER!

USAA Confidential

0901119c8e59246b

DR 2447 (11/17/05)
COLORADO DEPARTMENT OF REVENUE

MAIL TO: STATE OF COLORADO
MOTOR VEHICLE
TRAFFIC RECORDS
DENVER, CO 80261-0016

# STATE OF COLORADO TRAFFIC ACCIDENT REPORT

☐ AMENDED/SUPPL.   ☐ UNDER $1,000   ☐ COUNTER REPORT   ☐ PRIVATE PROPERTY

PAGE 1 OF 4 PAGES

| | | |
|---|---|---|
| CDOT Code | ☐ INTERSTATE HWY  ☑ STATE HWY  ☐ CITY ST/CNTY RD | HWY NUMBER: 083  MILEPOINT: 076.75 |
| Case # 14-74253 | | |

| Date of Accident 02/12/2014 | City DENVER | Agency DENVER POLICE DEPARTMENT | County DENVER | County # 01 |
|---|---|---|---|---|
| Time (24 Hr.) 1135 | Officer Number P05097 | Officer Name PEQUENO, ANTHONY J. | Signature P05097 | Detail 1-379B |
| Number Killed 0 | Number Injured 0 | Location Route/Street/Road _____ Miles 180 Feet N☐ S☐ E☑ W☐ OF: 5200 BLOCK LEETSDALE DR ☐ At: S Forest St | | |
| Date of Report 02/12/2014 | | Latitude 39 42 28.06 Longitude 104 55 30.83 | | |
| Agency Code | Investigated @ Scene ☑ | Total Vehicles 3 | District Number 3-321 | Public Property/Employee ☐ | Photos Taken ☐ | Railroad Crossing Related ☐ | Const. Zone Related ☐ | Highway Interchg Related ☐ | Bridge Related ☐ |

| Traffic Unit # 1 or 1 | ☑ Veh. ☐ Parked ☐ Bicycle ☐ Pedestrian ☐ Non-Vehicle ☐ Non-Contact Veh | Traffic Unit # 2 or 2 | ☑ Veh. ☐ Parked ☐ Bicycle ☐ Pedestrian ☐ Non-Vehicle ☐ Non-Contact Veh |
|---|---|---|---|
| Last Name JOHNSON | First JOHN | MI F | Last Name FENDRY | First HEIDI | MI M |
| Street Address 3333 E FLORIDA AVE # 20 | Personal Phone (303) 990-4330 | Street Address 10270 COMMONWEALTH ST # 745 | Personal Phone (720) 296-7468 |
| City DENVER | State CO | ZIP 80210- | Bus. Phone | City LONE TREE | State CO | ZIP 80124- | Bus. Phone |
| Driver License Number 921146932 | CDL | State CO | Sex M | DOB 10-15-1950 | Driver License Number 920699360 | CDL | State CO | Sex F | DOB 05-03-1968 |
| Primary Violation ☐ DUI Careless Driving | | Primary Violation ☐ DUI |
| Violation Code 54-158 | Citation Number C-888895 | Common Code 141 | Violation Code | Citation Number | Common Code |
| Year 2012 | Make LEXUS | Model RX400 OR RX400H | Body Type 4D | Year 2013 | Make NISSAN | Model ROGUE | Body Type 4D |
| License Plate Number 873WCR | State or Country CO | Color GOLD | License Plate Number 486ZNU | State or Country CO | Color BLACK |
| Vehicle Identification Number 2GNFLGE52C6372277 | | Vehicle Identification Number JN8AS5MV2DW610605 | |
| Vehicle Owner Last Name ☐ Same JOHNSON | First JOHN | MI F | Vehicle Owner Last Name ☐ Same FENDRY | First HEIDI | MI M |
| Address ☐ Same 3333 E FLORIDA AVE # 20 | City DENVER | State CO | ZIP 80210- | Address ☐ Same 10270 COMMONWEALTH ST # 745 | City LONE TREE | State CO | ZIP 80124- |
| Towed Due to Damage ☐ By: To: | | Towed Due to Damage ☑ By: Ace To: 7800 W Jewell Ave | |

Trailer VIN# _____

Vehicle 1: 3,3,3,3,3,3
1- Slight  2- Moderate  3- Severe
Undercarriage ___

Trailer VIN# _____

Vehicle 2: 1,1,1,3,3,3,3,3
1- Slight  2- Moderate  3- Severe
Undercarriage ___

| Insurance Company ☐ None ☐ No Proof FARMERS | Exp. Date 10-23-2014 | Insurance Company ☐ None ☐ No Proof USAA | Exp. Date 10-16-2014 |
|---|---|---|---|
| Policy Number 605494038 | | Policy Number 011053464C71021 | |

| Owner Damaged Prop. Last Name | First | MI | Address | City | State | ZIP |
| Owner Damaged Prop. Last Name | First | MI | Address | City | State | ZIP |

| TU # | POS. | REST | ENDO | SAFETY EQUIP. | AIR BAG | EJECT | SUSPECTED ALCO/DRUG | INJ. SEV | AGE | SEX | NAME / ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 | 00 | 00 | B 01 | A 01 | A | 00 00 | 00 | 63 | M | JOHNSON JOHN F - 3333 E FLORIDA AVE # 20 DENVER CO 80210- |
| 2 | 01 | 00 | 00 | B 01 | A 02 | A | 00 00 | 00 | 45 | F | FENDRY HEIDI M - 10270 COMMONWEALTH ST # 745 LONE TREE CO 8 |
| 3 | 01 | 00 | 00 | B 01 | A 01 | A | 00 00 | 00 | 35 | M | NURIYEV KAMALIDDIN - 1919 MORNINGVIEW LANE CASTLE ROCK CO |
| 3 | 02 | 00 | 00 | B 01 | A 01 | A | 00 00 | 01 | 74 | M | NURIYEV ALISULTAN - 1919 MORNINGVIEW LANE CASTLE ROCK CO 8 |

| Approved By KENNY, GEORGE A. | I.D. # P97030 | Date 02/12/2014 |

0901119c8e59246b

USAA Confidential

PAGE 2 OF 4 PAGES

| Case # | DOR CODE | Accident Date | Agency |
|---|---|---|---|
| 14-74253 | | 02/12/2014 | DENVER POLICE DEPARTMENT |

**Describe Accident**

TU #1(Johnson), traveling WB on Leetsdale Dr in lane #2 at an estimated speed of 50 mph, was driving carelessly and struck TU #2(Fendry), traveling WB on Leetsdale Dr in lane #2 and was stopped for traffic. TU #2(Fendry) was then forced WB on Leesldale Dr in lane #2 and struck TU #3(Nuriyev), traveling WB on Leetsdale Dr in lane #2 and was stopped for traffic. Stmts

- TU #1(Johnson) "I took my eyes off of the road for a moment and lost concentration and hit her and pushed her into the other car". TU #2(Fendry) "I was stopped for the light and he hit me and then I hit the car in front

NOT TO SCALE

| Carrier Name | | US DOT ☐ | ICC ☐ | State DOT ☐ |
|---|---|---|---|---|
| Address | | Carrier Identification # | | |
| Carrier Name | | US DOT ☐ | ICC ☐ | State DOT ☐ |
| Address | | Carrier Identification # | | |

0901119c8e59246b   USAA Confidential

PAGE 4 OF 4 PAGES

| Case # | DOR CODE | Accident Date | Agency |
|---|---|---|---|
| 14-74253 | | 02/12/2014 | DENVER POLICE DEPARTMENT |

Describe Accident
of me". TU #3(Nuriyev) "I was just stopped for the light, heard a crash, and then got hit myself".

| Carrier Name | | US DOT ☐ | ICC ☐ | State DOT ☐ |
|---|---|---|---|---|
| Address | | Carrier Identification # | | |
| Carrier Name | | US DOT ☐ | ICC ☐ | State DOT ☐ |
| Address | | Carrier Identification # | | |

901119c8e59246b

USAA Confidential